IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PARK BUILDING, LTD, <br><br> Plaintiff, <br><br> v. <br><br> BEAUTY EXPRESS SALONS INC. <br><br> Defendant. <br><br> BEAUTY EXPRESS SALONS INC. <br><br> Counter-Plaintiff, <br><br> v. <br><br> PARK BUILDING, LTD, <br><br> Counter-Defendant. | Case No. 2:21-cv-00033-JFC <br><br> District Judge Joy Flowers Conti |

## JOINT MOTION TO RESCHEDULE INITIAL SCHEDULING CONFERENCE

Plaintiff Park Building, Ltd. ("Plaintiff") and Defendant Beauty Express Salons Inc. ("Defendant"), by and through their undersigned counsel, hereby file the following Joint Motion to Reschedule Initial Scheduling Conference, stating as follows:

1. On June 7, 2021, the Court entered an Order setting forth deadlines relating to the parties' Rule 26(f) conference, Rule 26(f) Report, and the Initial Rule 16 Scheduling Conference. *See* ECF No. 12.

2. Specifically, the Court scheduled a telephonic Initial Rule 16 Scheduling Conference for July 22, 2021. *See id.* at ¶ 3.

3. Counsel for Defendant/Counter-Plaintiff has a conflict on July 22, 2021.

4. Additionally, the parties wish to continue their settlement discussions and request additional time to negotiate prior to the Initial Rule 16 Scheduling Conference.

WHEREFORE, the parties respectfully request the Court to grant this Joint Motion to Reschedule Initial Scheduling Conference and enter an order in the form of the proposed order attached hereto rescheduling the telephonic Initial Rule 16 Scheduling Conference for September 7, 2021 at 11:00 a.m.

Date: July 8, 2021

Respectfully submitted,

/s/ Matthew D. Urban
Matthew D. Urban
Pa. I.D. No. 90963
murban@weltman.com
Matthew W. Pomy
Pa. I.D. No. 318403
mpomy@weltman.com
Weltman, Weinberg & Reis Co., L.P.A.
436 Seventh Avenue, Suite 2500
Pittsburgh, PA 15219
Telephone: (412) 434-7955

*Counsel for Plaintiff/Counter-Defendant Park Building, Ltd.*

/s/ John A. Marty
Jared S. Hawk
Pa. I.D. No. 92959
jared.hawk@saul.com
John A. Marty
Pa. I.D. No. 324405
john.marty@saul.com
Saul Ewing Arnstein & Lehr LLP
One PPG Place, Suite 3010
Pittsburgh, PA 15222
Telephone: (412) 209-2500
Facsimile: (412) 209-2539

*Counsel for Defendant/Counter-Plaintiff Beauty Express Salons Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Pennsylvania by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ John A. Marty
John A. Marty