IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PARK BUILDING, LTD,<br><br>        Plaintiff,<br><br>  v.<br><br>BEAUTY EXPRESS SALONS INC.<br><br>        Defendant.<br><br>BEAUTY EXPRESS SALONS INC.<br><br>        Counter-Plaintiff,<br><br>  v.<br><br>PARK BUILDING, LTD,<br><br>        Counter-Defendant. | Case No. 2:21-cv-00033-JFC<br><br>District Judge Joy Flowers Conti |

**ORDER GRANTING JOINT MOTION TO EXTEND FACT DISCOVERY DEADLINE**

AND NOW, this 24th day of November, 2021, upon consideration of the Joint Motion to Extend Fact Discovery Deadline, the motion is GRANTED and it is hereby ORDERED that the fact discovery deadline contained in Paragraph 3(B) of the September 7, 2021 Case Management Order (ECF No. 24) is extended by ninety (90) days from November 30, 2021 until February 28, 2022. Additionally, the Status Conference currently set for December 2, 2021 at 1:30 p.m. is cancelled and rescheduled for March 1, 2022 at 1:30 PM. The remaining dates and provisions in the Case Management Order remain unchanged.

By the Court:

s/Joy Flowers Conti
District Judge Joy Flowers Conti