IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PARK BUILDING, LTD, <br><br>          Plaintiff, <br><br> v. <br><br> BEAUTY EXPRESS SALONS INC. <br><br>          Defendant. <br><br> BEAUTY EXPRESS SALONS INC. <br><br>          Counter-Plaintiff, <br><br> v. <br><br> PARK BUILDING, LTD, <br><br>          Counter-Defendant. | Case No. 2:21-cv-00033-JFC <br><br> District Judge Joy Flowers Conti |

## BEAUTY EXPRESS SALON INC.'S MOTION TO COMPEL

Defendant/Counter-Plaintiff Beauty Express Salons Inc. ("Beauty Express"), by and through its undersigned counsel and pursuant to Federal Rules of Civil Procedure 37(a) and 36(a)(6), hereby files the following Motion to Compel against Plaintiff/Counter-Defendant Park Building, Ltd. ("Park Building"), stating as follows:

(1)     For the reasons set forth in the Memorandum of Law in Support of Beauty Express Salon Inc.'s Motion to Compel, which is being filed contemporaneously herewith and is incorporated herein by reference, the Court should grant this Motion to Compel and enter an order in the form of the proposed order that is attached hereto.

Date:  January 14, 2022  Respectfully submitted,

/s/ John A. Marty
Jared S. Hawk
Pa. I.D. No. 92959
jared.hawk@saul.com
John A. Marty
Pa. I.D. No. 324405
john.marty@saul.com
Saul Ewing Arnstein & Lehr LLP
One PPG Place, Suite 3010
Pittsburgh, PA 15222
Telephone: (412) 209-2500
Facsimile: (412) 209-2539

*Counsel for Defendant/Counter-Plaintiff Beauty Express Salons Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Pennsylvania by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

      /s/ John A. Marty
      John A. Marty