# EXHIBIT J

# Marty, John A.

| | |
|---|---|
| **From:** | Pomy, Matthew <mpomy@weltman.com> |
| **Sent:** | Wednesday, December 22, 2021 11:43 AM |
| **To:** | Marty, John A. |
| **Cc:** | Urban, Matthew; Hawk, Jared S. |
| **Subject:** | RE: Park Building v. Beauty Express - utility rates and deposition scheduling |

**\*\*EXTERNAL EMAIL\*\* - This message originates from outside our Firm. Please consider carefully before responding or clicking links/attachments.**

Good Morning John,
Would you have any reason to think the electric bills for other months would be formatted differently such that the rates will be on other bills? They aren't documents Park Building keeps for that long of a period so I haven't reviewed any invoices other than those provided to confirm whether or not the rate is contained on any of them, but would it still be your position that they would be relevant even if they do not list the specific utility rate that was charged?

As we discussed during our meet and confer discussion, we're not necessarily opposed to providing information on the utility rates themselves, but these documents, specifically the electric bills, don't seem likely to contain information on the actual rate charged. In addition, because of how voluminous these documents would be and the time it would take to receive them from the utility company and redact account numbers across what's likely to be hundreds of pages, I think the burden of production outweighs any potential for producing admissible evidence relevant to any of the claims here. Would you be willing to reduce the number of invoices you're requesting over the relevant time period to make them easier to request and produce? For instance, could we provide one statement from each year (i.e. all September invoices from 2015-2020) in satisfaction of this request?

For the deposition of Marianne and Elissa, I've been told that they would be available January 11, 12, 18, 19, and 20. It sounds like they can be flexible on time with this much notice. We would also be interested in scheduling a deposition for Brian in a similar timeframe. If possible it would be great if we could do all three in one day, but I'm not sure how long you're envisioning questioning Marianne and Elissa. Please provide dates Brian would be available in January/early February and we can see if we can work out a schedule. Please note, I'm planning to be out the last full week of January, so I'd appreciate it if we could avoid that week if possible.

As to the other witnesses, Bill Russell, Ray Coll, and Bob Barton are no longer employed by the Park Building and my office does not represent them. I've been provided the following addresses from Marianne:
Bill Russell
324 Holiday Drive
West Mifflin, PA 15122

Ray Coll
149 Laurel Crest Dr
Wexford, PA 15090

Bob Barton
1260 Cook School Road
Bridgeville, PA 15017

Finally, do you have confirmation of when the status conference previously scheduled for December 2, 2021, was rescheduled for? For some reason I can't find the signed order in my email.

1

Please let me know if you need anything else.

Thank you,

**Matthew Pomy**
Attorney



Weltman, Weinberg & Reis Co., L.P.A.
p  412-338-7147   |   mpomy@weltman.com
436 Seventh Avenue, Suite 2500   Pittsburgh, PA 15219
Visit Us: weltman.com   |   LinkedIn |   Facebook   |   Twitter

**Opt Out:** If you wish to revoke your permission of receiving any future, non-automated email communications from our firm at the email address you have provided, please click here to Opt Out.
**Go Green:** Please consider the environment before printing this email.
**Confidentiality Notice:** This email and any accompanying document(s) may contain information that is confidential or privileged, and it is intended only for the individuals or entities named above. If you are not the intended recipient, you are prohibited from using, disclosing, copying, or distributing this email or any attachments. If you have received this message in error, please notify the sender immediately.

**From:** Marty, John A. <john.marty@saul.com>
**Sent:** Tuesday, December 21, 2021 12:59 PM
**To:** Pomy, Matthew <mpomy@weltman.com>
**Cc:** Urban, Matthew <murban@weltman.com>; Hawk, Jared S. <jared.hawk@saul.com>
**Subject:** Park Building v. Beauty Express - utility rates and deposition scheduling

Matt:

　　Thank you for Park Building's supplemental documents and responses. While we understand your objection to Beauty Express's request for those documents indicating the rate Park Building was charged for utilities by the relevant public utility service, such information is directly relevant to Beauty Express's damages claim. During our November 16 meet and confer, the parties agreed that you would speak with Marianne Hartley regarding these public utility invoices.  While you may contend that the information you provided is sufficient for Beauty Express to calculate Park Building's utility rate, these documents fail to provide the utility rate Park Building paid over the course of Beauty Express's lease.  Further, many of the invoices provided do not even contain a rate that was charged for Park Building's utility consumption or use.  For example, only one PWSA invoice, dated January 11, 2021, contains the per 1,000 gallon rate Park Build was charged for water consumption and waste water conveyance.

　　Therefore, we request that Park Building provide all water and electric bills it received from September 2015 through September 2020 from its respective utility providers. If you will not agree to produce this information, please let us know so that we can seek appropriate relief from the Court.  Being mindful of the holiday, please let us know if you intend to produce the above documents no later than December 23, 2021.  Assuming you intend to produce the relevant documents, we expect this information to be provided by January 4, 2022.

　　On a related note, we would like to begin scheduling and noticing depositions.  As of now, we intend to depose the following individuals, in the following order:

- Elissa Graff

- Marianne Hartley
- Bob Barton
- Bill Russell
- Ray Coll
- David Bishoff

We understand that some of these individuals are no longer employed by Park Building.  In light of that fact, would you please confirm whether you represent each of these individuals and will produce them for deposition?  If not, would you please provide any contact information that Park Building may have for the individuals that you do not represent as soon as possible?  Please provide dates on which Elissa Graff and Marianne Hartley are available for deposition in early to mid-January.  We expect that all of these depositions can be conducted via Zoom.

My best,

John


**John A. Marty** | Saul Ewing Arnstein & Lehr LLP | One PPG Place, Suite 3010, Pittsburgh, PA 15222 | 412.209.2566 | John.Marty@saul.com

"Saul Ewing Arnstein & Lehr LLP (saul.com)" has made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.
+~~~~~~~~~~~~~~~~~~~~~~~~+