IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PARK BUILDING, LTD,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BEAUTY EXPRESS SALONS INC.<br><br>　　　　　　Defendant.<br><br>BEAUTY EXPRESS SALONS INC.<br><br>　　　　　　Counter-Plaintiff,<br><br>　v.<br><br>PARK BUILDING, LTD,<br><br>　　　　　　Counter-Defendant. | Case No. 2:21-cv-00033-JFC<br><br>District Judge Joy Flowers Conti |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2022, upon consideration of the Motion to Compel filed by Defendant/Counter-Plaintiff Beauty Express Salons Inc. ("Beauty Express"), any response in opposition thereto, and the arguments of the parties, the motion is GRANTED and it is hereby ORDERED that:

　　(1)　The objections of Plaintiff/Counter-Defendant Park Building, Ltd. ("Park Building") to Request No. 10 of Beauty Express's First Set of Requests for Production of Documents and Request Nos. 1-2 of Beauty Express's Second Set of Requests for Production of Documents are hereby overruled.  Park Building shall produce all statements or invoices that Park Building received for electricity and water for the building located at 355 Fifth Avenue, Pittsburgh, PA 15222 from October 1, 2015 to the present as well as any other documents that are responsive to the foregoing requests.

　　(2)　Park Building's objections to Beauty Express's Request for Admission Nos. 1-4 are hereby overruled.  Park Building shall admit or deny such requests without objection.

- 2 -

(3) Park Building shall comply with this Order within ten (10) days of its issuance.

BY THE COURT:

_____
Judge Joy Flowers Conti
United States District Judge